No. 80–284. Sequoyah et al. v. Tennessee Valley Authority. C. A. 6th Cir. Certiorari denied.

No. 80–296. Empresas Electronicas Walser, Inc., et al. v. United States. Ct. Cl. Certiorari denied.

No. 80–300. Vielehr v. California. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 80–306. Colebank et ux. v. Commissioner of Internal Revenue. C. A. D. C. Cir. Certiorari denied.

No. 80–307. Stephens Institute, dba Academy of Art College v. National Labor Relations Board et al. C. A. 9th Cir. Certiorari denied.

No. 80–314. Factors Etc., Inc. v. Memphis Development Foundation. C. A. 6th Cir. Certiorari denied.

No. 80–316. Alexander v. Gino's Inc. C. A. 3d Cir. Certiorari denied.

No. 80–319. Menchaca et ux. v. Chrysler Credit Corp. et al. C. A. 5th Cir. Certiorari denied.

No. 80–324. Coniglio v. New York. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 80–325. Radomski, aka Knight v. Knight et al. Sup. Jud. Ct. Me. Certiorari denied.

No. 80–326. Johnson v. United States. C. A. 10th Cir. Certiorari denied.